# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 8, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147515(84)

_____

In re COH, ERH, JRG, KBH, Minors.

SC: 147515
COA: 309161
Muskegon CC Family Division:
08-036989-NA

_____/

On order of the Court, the motion for transcription of additional hearings *and* for a two-week extension of the timeline is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 8, 2013



s1105

Clerk